STATE OF OHIO, Respondent, v. WILLCOX CONSTRUCTION COMPANY, INC., Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See 284 App. Div. 802.]

DAVID BREINES, as Administrator of the Estate of IRVING BREINES, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

HOWARD S. TIERNEY, INC., et al., Appellants, v. DARWIN R. JAMES, JR., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

MARINA TRADING COMPANY, INC., et al., Plaintiffs, and CUMEX, S. A., Respondent-Appellant, v. FRANCIS X. NESTOR et al., Individually and as Co-partners under the Name of GORMAN AND NESTOR, Appellants-Respondents. — Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

JAMES COLE, Appellant, v. KAUFFMAN & MINTEER OF NEW YORK, INC., Respondent.— Order unanimously modified so as to provide that the verdict is set aside and a new trial ordered, unless the plaintiff stipulates to reduce the verdict to $20,000 in which event, the order, as so modified, is affirmed. On this record an award of $20,000 is justified. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

LOEW'S INCORPORATED et al., Respondents, v. JAMES A. MICHENER et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.